5/23/19

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Melody Dawn Taylor** ) Case No. **19-30351-tmb13**
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: **TED A TROUTMAN**     Trustee: Wayne Godare
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (✓)     Conf. Hrg Date/Time: 05/23/2019 01:30 PM

**Creditors In Attendance:** Troy Sexton (Kneidler entities)

____ **Dismiss Since:** ____ (1) Payments Not Received by Trustee ____ (2) Domestic Support Obligations Not Current
____ (3) Trustee OBJ. TO CONF.; OR ____ (4) Grant Motion to Dismiss from _____

____ **Enter Confirmation Order:** ____ Subject to Objections W/In ____ Days By _____
____ Enter OCP Order ____ Fee Reduction ____ Send Letter

____ **Enter Order: Denying Confirm** ____ Days to File Amended Plan
Reason: ____ (1) Unable to Comply ____ (2) More Than 36/60 Mo. ____ (3) Debtor wants to File Amended Plan
(4) _____

____ **Enter Order re Tax Returns Owed:** ____ IRS ____ ODR ____ OTHER: _____
Returns Due Within ____ Days

____ **Enter Service Order** ____ Fee Reduction ____ Send Letter

____ **Adjourn Confirmation Hearing:** ____ Notice given in Ct.; OR Notify ____ (1) All Interested Parties:
or ____ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc: _____ Evidentiary ____ Hours ____ Bend: ____

**Objecting Creditor:** _____
    Value: ____ D ____ C ____ Feasibility: ____ Good Faith: ____
    ____ D ____ C ____ Failure to Make Postpetition Payments: ____
Int Rate: ____ D ____ C ____ Failure to Assume or Reject Executory Contract: ____

**Objecting Creditor:** _____
    Value: ____ D ____ C ____ Feasibility: ____ Good Faith: ____
    ____ D ____ C ____ Failure to Make Postpetition Payments: ____
Int Rate: ____ D ____ C ____ Failure to Assume or Reject Executory Contract: ____

Tentative evid. hrg 7/17 @ 9:30 / courtroom #4
Submissions due 1 week in advance.