# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 28, 2019

Clerk, U.S. Bankruptcy Court

BY **bls** DEPUTY

In re
**Melody Dawn Taylor**
Debtor(s)

)
)
)
)
)
)
)

Case No. **19–30351–tmb13**

NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that a(n) **Evidentiary Confirmation Hearing,** at which testimony will be received if offered and admissible, will be held:

**DATE:** 7/17/19     **TIME:** 09:30 AM

**LOCATION:** US Bankruptcy Court, Courtroom #4, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204

All timely filed objections to confirmation will be considered at the adjourned and final confirmation hearing.

Clerk, U.S. Bankruptcy Court