UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) **FEE AND EXPENSE ITEMIZATION**
) **THROUGH _____;**
) **REQUEST FOR APPROVAL OF**
) **ATTORNEY FEES**
Debtor(s) )

*For Schedule 2 attorney fees, if the estimated fee exceeds $3,450, debtor's counsel must complete the below certification and attach an itemized statement showing the time and hourly rate applied to each service rendered. The itemization must be filed with the court not less than 1 week before the final confirmation hearing and should include all services and fees incurred through a date no earlier than 2 weeks before the confirmation hearing, even if that amount exceeds the amount sought for approval at confirmation.*

I, the undersigned debtor's attorney, whose address and phone number are _____, certify that, through the date stated above, I have incurred attorney fees of $ _____ and expenses of $ _____, of which $ _____ has been paid, leaving $ _____ unpaid. I have contemporaneous time and expense records and have attached an itemization of my fees and expenses hereto. Consistent with the estimated attorney fees listed on the chapter 13 plan, I am requesting approval of compensation to debtor's counsel in the above amounts covering the period _____ through confirmation _____ through _____ to be paid pursuant to the plan.

_____
Signature [Debtor(s) Attorney]         OSB #

1306 (12/1/2017)                                    **[Note: Printed text may not be stricken]**

Troutman Law Firm, PC

*Ted A. Troutman*              *5075 SW Griffith Dr., Ste 220*              *Tel (503) 292-6788*
                               *Beaverton, Oregon 97005*                    Fax (503) 596-2371

## BILLING STATEMENT LEGEND

Melody Dawn Taylor
19-30351-tmb13


TAT = Ted A. Troutman, Attorney at Law,
      $495.00 per hour.

RJ  = Lawerence "Rusty" Jacobson, Legal Assistant,
      $220.00 per hour.


TOTAL HOURS BILLED BY PERSON

TAT: 45.85

RJ:  19.35

# Troutman Law Firm, P.C.

5075 SW Griffith Dr.
Beaverton, OR 97005

Invoice submitted to:

MELODY D. TAYLOR
PO Box 249
GRESHAM, OR 97030

August 9, 2019

In Reference To: Chapter 13 Case No. 19-30351-tmb13
    Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2019 | TAT | Telephone call from client regarding filing | 0.20<br>$495.00/hr | $99.00 |
| 1/31/2019 | TAT | Office conference with client regarding filing bankruptcy | 0.75<br>$495.00/hr | $371.25 |
| | RJ | Preparation of all documents necessary for the emergency filing of a Chapter 13 case to stop a foreclosure on client's residence | 0.75<br>$220.00/hr | $165.00 |
| 2/7/2019 | TAT | Review documents from other attorney | 0.40<br>$495.00/hr | $198.00 |
| | TAT | Office conference with Melody | 0.20<br>$495.00/hr | $99.00 |
| 2/11/2019 | TAT | Telephone call from Melody regarding bank shut her down | 0.10<br>$495.00/hr | $49.50 |
| | TAT | Telephone call to client regarding apartments | 0.05<br>$495.00/hr | $24.75 |
| 2/13/2019 | TAT | Office conference with client regarding case | 1.50<br>$495.00/hr | $742.50 |
| 2/18/2019 | RJ | Preparation of Chapter 13 Schedules and Statement of Financial Affairs | 2.30<br>$220.00/hr | $506.00 |
| | RJ | Preparation of Liquidation of Estate Analysis | 0.20<br>$220.00/hr | $44.00 |

MELODY D. TAYLOR

| Date | Atty | Description | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 2/19/2019 | RJ | Preparation of Statement of Current Monthly Income | 0.35<br>$220.00/hr | $77.00 |
|  | RJ | Preparation of Chapter 13 Plan and feasibility analysis | 1.20<br>$220.00/hr | $264.00 |
|  | TAT | Review lot book and judgments | 0.50<br>$495.00/hr | $247.50 |
|  | TAT | Office conference with Rusty and Lisette regarding Plan | 0.40<br>$495.00/hr | $198.00 |
|  | TAT | Send e-mail to title company regarding exceptions | 0.20<br>$495.00/hr | $99.00 |
|  | TAT | Review Plan and revise | 0.75<br>$495.00/hr | $371.25 |
|  | TAT | Office conference with Melody to review and sign bankruptcy documents | 0.75<br>$495.00/hr | $371.25 |
| 2/20/2019 | RJ | Preparation of file for 341 Meeting of Creditors | 0.20<br>$220.00/hr | $44.00 |
| 2/21/2019 | RJ | Prepare letter to client to discuss the upcoming 341 Meeting of Creditors. Discussed required plan payment and due date. Discussed tax returns and the proof of identification client will need to present to the trustee | 0.25<br>$220.00/hr | $55.00 |
| 2/22/2019 | TAT | Telephone call to client regarding Meeting of Creditors | 0.10<br>$495.00/hr | $49.50 |
| 2/26/2019 | RJ | Review letter from Oregon Department of Revenue and Objection to Confirmation of Chapter 13 Plan | 0.10<br>$220.00/hr | $22.00 |
|  | TAT | Conference with client. Prepare for Meeting of Creditors; Attend Meeting of Creditors | 0.75<br>$495.00/hr | $371.25 |
|  | TAT | Travel to and from Meeting of Creditors (billed at one-half rate) | 1.00<br>$247.50/hr | $247.50 |
| 2/27/2019 | RJ | Review results of the 341 Meeting of Creditors - hearing is reset to 3/12/19 | 0.05<br>$220.00/hr | $11.00 |
|  | RJ | Review Proof of Claim filed by Portland General Electric (utility bill for account #2673) | 0.10<br>$220.00/hr | $22.00 |

MELODY D. TAYLOR

|  |  |  | Hrs/Rate | Page 3<br>Amount |
|---|---|---|---|---|
| 2/27/2019 | RJ | Review notation on the docket that the 341 Meeting of Creditors has been reset to 3/12/19 | 0.05<br>$220.00/hr | NO CHARGE |
|  | RJ | Telephone call from client to discuss the reset 341 Meeting, proving her Social Security Number to the trustee. Also explained the option for client to go to US Trustee and prove her Social Security Number, which if done would allow the reset 341 Meeting to be canceled | 0.10<br>$220.00/hr | $22.00 |
| 2/28/2019 | RJ | Telephone call from client to discuss utility bills and the possibility that her utilities may be shut off because of her account delinquency | 0.10<br>$220.00/hr | $22.00 |
|  | TAT | Review e-mail from Troy Sexton regarding Kreidler claim | 0.20<br>$495.00/hr | $99.00 |
|  | RJ | Preparation of Amended Schedule A/B to adjust the value of client's residence | 0.25<br>$220.00/hr | $55.00 |
| 3/1/2019 | RJ | Telephone call from client to discuss how she is going to obtain proof of her Social Security Number. Discussed alternative types of proof the trustee will accept | 0.15<br>$220.00/hr | $33.00 |
| 3/4/2019 | RJ | Telephone call from client to discuss her case trustee | 0.05<br>$220.00/hr | $11.00 |
|  | TAT | Review Amended Schedules A/B and approve for filing | 0.10<br>$495.00/hr | $49.50 |
| 3/6/2019 | RJ | Review mail returned by the USPS for incorrect address; Prepare LBF 101C for Change of Address to USPS recommended address of Transworld Systems | 0.25<br>$220.00/hr | $55.00 |
| 3/7/2019 | RJ | Review Proof of Claim filed by Everett Association / Century 21 North Realty (account #5177, general unsecured claim) | 0.10<br>$220.00/hr | $22.00 |
| 3/11/2019 | RJ | Review Trustee's Objection to Confirmation of Plan | 0.10<br>$220.00/hr | $22.00 |
| 3/12/2019 | RJ | Telephone call from client to discuss her 341 Meeting of Creditors scheduled for 8:45 a.m. Client is not going to be on time | 0.10<br>$220.00/hr | $22.00 |

MELODY D. TAYLOR

|  |  |  | Hrs/Rate | Page 4<br>Amount |
|---|---|---|---|---|
| 3/12/2019 | RJ | Telephone call to Chapter 13 Trustee to discuss client's tardiness for the hearing today and ask that they accommodate her when she arrives to prove her social security number proof | 0.10<br>$220.00/hr | $22.00 |
|  | RJ | Review letter from trustee regarding client did show up (very late) and prove her social security number. Hearing will be called and concluded next week | 0.05<br>$220.00/hr | $11.00 |
| 3/21/2019 | RJ | Telephone call from client to discuss filing of case and the listing of her real property for sale | 0.10<br>$220.00/hr | $22.00 |
| 3/22/2019 | RJ | Telephone call from client to discuss replacing her wrecked vehicle. Discussed purchase of replacement vehicle without the need for trustee involvement & also discussed the trustee's vehicle purchase program | 0.20<br>$220.00/hr | $44.00 |
|  | RJ | Review Proof of Claim filed by Anne Kreidler (secured claim for money loaned, secured by deed on residence) | 0.10<br>$220.00/hr | $22.00 |
|  | RJ | Review Proof of Claim field by Frederick Kreidler IRA, LLC (secured deed of trust against residence) | 0.10<br>$220.00/hr | $22.00 |
| 3/26/2019 | RJ | Review Objection to Confirmation filed by Fredrick Kreidler IRA, LLC and Anne Kreidler | 0.20<br>$220.00/hr | $44.00 |
|  | RJ | Review two separate proof of claims filed by the Frederick Kreidler IRA, LLC (both claims are for judgment liens and are not duplicative) | 0.15<br>$220.00/hr | $33.00 |
| 3/28/2019 | RJ | Telephone call from client to discuss the requirement that she file state tax returns. Discussed that if she earned income in Oregon she is required to file Oregon tax returns for any year income was earned (this was an extended telephone call) | 0.25<br>$220.00/hr | $55.00 |
|  | TAT | Review file for Confirmation Hearing | 0.20<br>$495.00/hr | $99.00 |
|  | TAT | Attend Confirmation Hearing | 0.30<br>$495.00/hr | $148.50 |
|  | TAT | Travel to and from Confirmation Hearing (billed at one-half rate) | 1.00<br>$247.50/hr | $247.50 |
|  | TAT | Telephone call to client regarding case | 0.10<br>$495.00/hr | $49.50 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2019 | TAT | Telephone call from client to discuss case and hearing results | 0.10 $495.00/hr | $49.50 |
| 3/29/2019 | RJ | Review Record of Court Proceeding and Court Order Requiring the filing of an Amended Plan and 28 days tax order | 0.10 $220.00/hr | $22.00 |
| 4/1/2019 | RJ | Review parking violation citation presented by client. Verify fine is for pre-petition debt. Review schedules to verify that Portland Parking has been included in the bankruptcy | 0.10 $220.00/hr | $22.00 |
| | RJ | Prepare letter to City of Portland to remind them of the Chapter 13 filing. Discussed the parking citation and requested they not pursue collection for this pre-petition debt. Requested no further contact on this matter be made to client | 0.25 $220.00/hr | $55.00 |
| | TAT | Review documents from Melody regarding income taxes | 0.20 $495.00/hr | $99.00 |
| | TAT | Review real property value information | 0.10 $495.00/hr | $49.50 |
| 4/3/2019 | RJ | Review Proof of Claim filed by Anne Kreidler (general unsecured claim for rents received but not paid) | 0.10 $220.00/hr | $22.00 |
| | RJ | Review Proof of Claim filed by Michael Reed (general unsecured claim for rents received but not paid) | 0.10 $220.00/hr | $22.00 |
| | RJ | Telephone call from client to discuss the court's mandated deadline to have all missing tax returns filed. Discussed providing original signed tax returns to our office for filing | 0.10 $220.00/hr | $22.00 |
| 4/4/2019 | RJ | Telephone call from client to further discuss the requirement to have all outstanding tax returns prepared and filed by the 4/25/19 court imposed deadline. Discussed listing of residence for sale | 0.20 $220.00/hr | $44.00 |
| 4/5/2019 | TAT | Telephone call from client regarding taxes and Rusty's deadline for processing taxes to the IRS and Oregon Dept. of Revenue | 0.15 $495.00/hr | $74.25 |
| 4/23/2019 | RJ | Preparation of Amended Chapter 13 Plan and revised feasibility analysis | 1.15 $220.00/hr | $253.00 |

MELODY D. TAYLOR

|  |  |  | | Hrs/Rate | Page 6<br>Amount |
|---|---|---|---|---|---|
| 4/23/2019 | RJ | Preparation of Notice of Pre-Confirmation Amended Plan and Notice of Adjourned Hearing Date and Time | | 0.25<br>$220.00/hr | $55.00 |
|  | RJ | Prepare letter to trustee to discuss Amended Plan and the changes made in the Amended Plan | | 0.20<br>$220.00/hr | $44.00 |
|  | RJ | Review Notice of Requirement from court regarding client's obligation to complete a course on personal financial management and file a certification of completion | | 0.05<br>$220.00/hr | $11.00 |
|  | TAT | Review Amended Chapter 13 Plan and revised feasibility analysis. Review Notice of Amended Plan. Approve all documents for filing and service | | 0.25<br>$495.00/hr | $123.75 |
| 4/25/2019 | RJ | Preparation of Motion to Extend Time to File Tax Returns | | 0.65<br>$220.00/hr | $143.00 |
|  | RJ | Preparation of Order Granting Motion to Extend Time to File Tax Returns | | 0.25<br>$220.00/hr | $55.00 |
|  | TAT | Telephone call to Melody regarding tax returns | | 0.10<br>$495.00/hr | $49.50 |
| 4/30/2019 | RJ | Office conference with client to discuss federal tax returns for 2014 through 2018. Discussed secured claims filed for liens on residence | | 0.25<br>$220.00/hr | $55.00 |
|  | RJ | Prepare letter to the IRS with original 2014 through 2018 tax returns for official filing | | 0.25<br>$220.00/hr | $55.00 |
|  | RJ | Office conference with client to review and discuss the 2014 through 2018 state tax returns | | 0.15<br>$220.00/hr | $33.00 |
| 5/1/2019 | RJ | Prepare letter to Oregon Department of Revenue to provide original signed 2014 through 2018 tax returns. Requested the state withdraw the objection to confirmation now that all taxes have been filed | | 0.25<br>$220.00/hr | $55.00 |
|  | RJ | Review signed Order Granting Extension of Time to File Missing Tax Returns (granted 14 day extension) | | 0.05<br>$220.00/hr | $11.00 |
|  | RJ | Prepare letter to trustee with redacted copies of 2014 through 2018 federal and state tax returns, pursuant to trustee objection for missing tax returns. Discussed all of the trustee objections to confirmation and clarified that the only remaining unresolved objection that I have noted is the requirement for client to register for a TFSBillPay | | 0.20<br>$220.00/hr | $44.00 |

MELODY D. TAYLOR

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | account. Explained that ODR contacted me and agreed that their objection to confirmation will be withdrawn soon | | |
| 5/1/2019 | RJ | Preparation of Certification of Filing All Required Tax Returns, to include an itemization of each year's tax liability or refund | 0.45 $220.00/hr | $99.00 |
| | RJ | Telephone call from client to discuss the claims filed by Frederick Kreidler in her case and her concerns about the claims | 0.10 $220.00/hr | $22.00 |
| 5/3/2019 | TAT | Telephone call from attorney regarding claim objections | 0.10 $495.00/hr | $49.50 |
| 5/6/2019 | RJ | Review Withdrawal of Objection to Confirmation by ODR | 0.05 $220.00/hr | $11.00 |
| 5/8/2019 | RJ | Review Objection to Confirmation of Amended Plan, filed by F. Kreidler IRA | 0.15 $220.00/hr | $33.00 |
| | TAT | Telephone call from client regarding her electric utility has been shut off. Discussed with client the payment of post-petition utility bills | 0.10 $495.00/hr | $49.50 |
| 5/16/2019 | RJ | Review Motion for Relief from Stay filed by Frederick Kreidler IRA, LLC, mortgage holder on client's residence. Review supporting documents to verify creditor has standing to bring a motion for relief from stay. Review delinquency calculations in the motion. Review Chapter 13 plan and schedules | 0.55 $220.00/hr | $121.00 |
| | RJ | Prepare letter to client to discuss motion for relief from stay. Discussed cure options available to try and prevent property from being foreclosed. Discussed response deadline. Discuss the required proof of payment history if client disagrees with the payment history representation provided by the lender. Explained that failure to respond may end in the foreclosure of the property | 0.25 $220.00/hr | $55.00 |
| 5/23/2019 | TAT | Telephone call to Confirmation Hearing | 0.30 $495.00/hr | $148.50 |
| 5/28/2019 | RJ | Preparation of Response to Motion for Relief from Stay filed by Frederick Kreidler IRA LLC | 0.55 $220.00/hr | $121.00 |
| | RJ | Preparation of Notice of Hearing on Motion for Relief from Stay | 0.20 $220.00/hr | $44.00 |

MELODY D. TAYLOR

| Date | Atty | Description | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 5/28/2019 | RJ | Review Record of Court Proceeding - confirmation denied - hearing adjourned to 7/17/19 | 0.05<br>$220.00/hr | $11.00 |
|  | TAT | Review Response to Motion for Relief from Stay. Review Notice of Hearing on Motion for Relief from Stay. Approve all documents for filing and service | 0.20<br>$495.00/hr | $99.00 |
| 5/29/2019 | RJ | Review Notice of Rescheduled Hearing on Motion for relief from Stay (hearing to correspond with final confirmation hearing) | 0.05<br>$220.00/hr | $11.00 |
|  | RJ | Telephone call from client to discuss listing of property with real estate broker. Client to have listing agreement sent to our office. Discussed trustee involvement in property sale | 0.20<br>$220.00/hr | $44.00 |
| 6/11/2019 | TAT | Telephone call from client regarding sale of property | 0.20<br>$495.00/hr | $99.00 |
|  | RJ | Telephone call from client to discuss upcoming hearings on confirmation and the Motion for Relief from Stay | 0.10<br>$220.00/hr | $22.00 |
| 6/12/2019 | RJ | Telephone call from client to discuss listing of her real property for sale and property valuation | 0.10<br>$220.00/hr | $22.00 |
|  | RJ | Telephone call from mortgage broker to discuss the listing of client's property for sale. Discussed his concerns about the co-owners of the property and how he will seek a premium sale price for this unique piece of property | 0.20<br>$220.00/hr | $44.00 |
| 6/13/2019 | TAT | Send e-mail to Troy Sexton regarding hearing; review response | 0.30<br>$495.00/hr | $148.50 |
| 6/14/2019 | RJ | Prepare letter to client to request information about her property rent roll, expenses for past three years and all appraisals that she has had conducted on the property. Also discussed the upcoming evidentiary hearing and the need for her and her real estate broker to attend the hearing on July 17th | 0.25<br>$220.00/hr | $55.00 |
|  | TAT | Review listing agreement | 0.30<br>$495.00/hr | $148.50 |
|  | TAT | Review Trio on property | 0.10<br>$495.00/hr | $49.50 |

MELODY D. TAYLOR

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2019 | TAT | Preparation of Assignment of Right to Sell | 0.50<br>$495.00/hr | $247.50 |
|  | TAT | Research Adversary against Kreidler regarding sale | 0.40<br>$495.00/hr | $198.00 |
| 6/18/2019 | RJ | Prepare letter to trustee to provide the Assignment of Right to Sell Property for his review. Discussed the document and why debtor needs to have the right to sell property assigned to her. Discussed the filing of a motion to seek court order if trustee agrees to the assignment | 0.20<br>$220.00/hr | $44.00 |
| 6/25/2019 | RJ | Review Proof of Claim filed by Oregon Department of Revenue (assessed tax obligation for recently filed tax returns) | 0.10<br>$220.00/hr | $22.00 |
| 6/27/2019 | RJ | Telephone call from client to discuss upcoming confirmation hearing and items needed to be provided before July 5th to Ted that he will need to begin preparing for the hearing | 0.15<br>$220.00/hr | $33.00 |
| 6/28/2019 | TAT | Research sale of joint interest by debtor | 0.75<br>$495.00/hr | $371.25 |
|  | TAT | Send e-mail to Jordan regarding assignment | 0.20<br>$495.00/hr | $99.00 |
| 7/1/2019 | TAT | Telephone call from client regarding case | 0.15<br>$495.00/hr | $74.25 |
| 7/2/2019 | TAT | Send e-mail to Sexton regarding hearing; review response | 0.30<br>$495.00/hr | $148.50 |
| 7/3/2019 | RJ | Research all secured claims filed in the Chapter 13 case and compile for explanation for client | 0.25<br>$220.00/hr | $55.00 |
|  | RJ | Prepare letter to client to itemize all of the claims filed that relate to her real property (both secured and claims for portions of the rental income). Explained the status of the claims (secured or unsecured) and provided a description of the claim and the basis provided for the claim against her (judgment, mortgage, claim for rental income) | 0.25<br>$220.00/hr | $55.00 |
| 7/8/2019 | RJ | Telephone call from client to discuss upcoming hearing (evidentiary) that will combine confirmation hearing and a hearing on the motion for relief from stay | 0.10<br>$220.00/hr | $22.00 |

MELODY D. TAYLOR

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2019 | TAT | Telephone call to Trustee regarding assignment | 0.05<br>$495.00/hr | $24.75 |
|  | TAT | Send e-mail to Troy Sexton regarding assignment | 0.10<br>$495.00/hr | $49.50 |
|  | TAT | Telephone call from client's broker regarding sale of property | 0.50<br>$495.00/hr | $247.50 |
|  | TAT | Work on agreed facts | 1.50<br>$495.00/hr | $742.50 |
|  | TAT | Send e-mail to Troy Sexton regarding case and tax returns | 0.20<br>$495.00/hr | $99.00 |
| 7/9/2019 | RJ | Telephone call from client to discuss case, trustee's fees, secured lenders and sale of property. Discussed documents needed today for submission to court by tomorrow | 0.20<br>$220.00/hr | $44.00 |
|  | TAT | Work on agreed facts | 0.50<br>$495.00/hr | $247.50 |
|  | TAT | Research creditors' objections | 1.00<br>$495.00/hr | $495.00 |
|  | TAT | Preparation of Memorandum in Support of Confirmation | 1.00<br>$495.00/hr | $495.00 |
|  | TAT | Revise Statement of Facts | 0.40<br>$495.00/hr | $198.00 |
|  | TAT | Send e-mail to Troy Sexton regarding agreed facts | 0.10<br>$495.00/hr | $49.50 |
|  | TAT | Telephone call to Melody regarding hearing | 0.10<br>$495.00/hr | $49.50 |
| 7/10/2019 | TAT | Revise Memorandum in Support of Confirmation | 0.50<br>$495.00/hr | $247.50 |
|  | TAT | Preparation of Witness List and Exhibit List | 1.00<br>$495.00/hr | $495.00 |
|  | TAT | Review and revise Agreed Statement of Facts | 0.50<br>$495.00/hr | $247.50 |

MELODY D. TAYLOR

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/10/2019 | TAT | Work on Exhibits | 0.75 $495.00/hr | $371.25 |
| | TAT | Work on Memorandum | 0.50 $495.00/hr | $247.50 |
| | TAT | Telephone call to Melody regarding testimony and argument | 0.30 $495.00/hr | $148.50 |
| | TAT | Send e-mail to Troy Sexton regarding case; review response | 0.30 $495.00/hr | $148.50 |
| 7/11/2019 | TAT | Review conversion documents from 2011 Chapter 7 | 0.50 $495.00/hr | $247.50 |
| | TAT | Review listing, new broker's opinion of value and e-mail from real estate agent | 0.50 $495.00/hr | $247.50 |
| | TAT | Review exhibits and questions for trial | 2.00 $495.00/hr | $990.00 |
| 7/12/2019 | TAT | Review and prepare e-mail to Troy regarding exhibits and testimony | 0.25 $495.00/hr | $123.75 |
| 7/14/2019 | TAT | Review joint exhibit list | 0.30 $495.00/hr | $148.50 |
| | TAT | Review claim summary for client | 0.10 $495.00/hr | $49.50 |
| | TAT | Review tax return for client | 0.30 $495.00/hr | $148.50 |
| | TAT | Review exhibits from Troy Sexton | 0.40 $495.00/hr | $198.00 |
| | TAT | Send e-mail to Troy regarding grocery deduction; review response | 0.20 $495.00/hr | $99.00 |
| 7/15/2019 | TAT | Telephone call from client regarding hearing | 0.20 $495.00/hr | $99.00 |
| | TAT | Preparation of questions for Melody and others; review all exhibits and file | 2.00 $495.00/hr | $990.00 |
| | TAT | Send e-mail to real estate agent regarding testimony | 0.20 $495.00/hr | $99.00 |

MELODY D. TAYLOR

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2019 | TAT | Send e-mail with exhibits | 0.20<br>$495.00/hr | $99.00 |
| | TAT | Office conference with client to prepare for trial | 1.30<br>$495.00/hr | $643.50 |
| | TAT | Prepare for trial - review case law regarding debt limit issue | 1.00<br>$495.00/hr | $495.00 |
| | TAT | Preparation of Motion to reopen Chapter 7 case | 0.30<br>$495.00/hr | $148.50 |
| 7/17/2019 | TAT | Prepare for trial with Melody | 1.50<br>$495.00/hr | $742.50 |
| | TAT | Attend trial on relief and plan confirmation | 3.50<br>$495.00/hr | $1,732.50 |
| | TAT | Office conference with client regarding confirmation | 1.00<br>$495.00/hr | $495.00 |
| | TAT | Travel to and from hearing (billed at one-half rate) | 1.00<br>$247.50/hr | $247.50 |
| | TAT | Prepare for assignment | 0.75<br>$495.00/hr | $371.25 |
| | TAT | Attend argument | 0.80<br>$495.00/hr | $396.00 |
| | TAT | Travel to and from argument (billed at one-half rate) | 1.00<br>$247.50/hr | $247.50 |
| 7/19/2019 | TAT | Telephone calls from Melody | 0.20<br>$495.00/hr | $99.00 |
| 7/24/2019 | TAT | Send e-mail to Sexton regarding cases and debt; review response | 0.20<br>$495.00/hr | $99.00 |
| 7/25/2019 | TAT | Review Perris case sent by Sexton and later cases | 0.20<br>$495.00/hr | $99.00 |
| 7/27/2019 | TAT | Work on Motion to Avoid Judgment Liens | 0.75<br>$495.00/hr | $371.25 |
| 7/29/2019 | TAT | Preparation of six lien avoidances | 1.00<br>$495.00/hr | $495.00 |

MELODY D. TAYLOR

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2019 | TAT | Telephone call to client regarding case | 0.10 $495.00/hr | $49.50 |
| 8/2/2019 | TAT | Send e-mail to Jim Farris regarding sale | 0.15 $495.00/hr | $74.25 |
| | TAT | Send e-mail to real estate agent regarding assignment | 0.20 $495.00/hr | $99.00 |
| | TAT | Telephone call from Jim Farris regarding sale | 0.10 $495.00/hr | $49.50 |
| 8/9/2019 | RJ | Preparation of LBF 1306 Attorney Fees and Expense Itemization and supporting documents (billed at flat rate) | 2.20 | $50.00 |
| | | For professional services rendered | 65.20 | $25,517.75 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 2/19/2019 | Filing fees paid to US Bankruptcy Court for amendment | $31.00 |
| 2/28/2019 | Photocopy and postage cost for February | $41.60 |
| 3/31/2019 | Photocopy and postage cost for March | $11.70 |
| 4/30/2019 | Photocopy and postage cost for April | $56.80 |
| 5/31/2019 | Photocopy and postage cost for May | $24.65 |
| 6/30/2019 | Photocopy and postage cost for June | $1.30 |
| 7/11/2019 | Pacer fees to research 2011 chapter 7 | $7.50 |
| 7/17/2019 | Parking charges for trial for motion for relief | $14.50 |
| 7/31/2019 | Photocopy and postage cost for July | $69.75 |
| | Total costs | $258.80 |
| | TOTAL ATTORNEY FEES AND EXPENSES THROUGH 08/09/19 | $25,776.55 |

**Exhibit 1 to LBF 1306 Fee and Expense Itemization Through 8/9/19**

Melody Dawn Taylor
19-30351-tmb13

The foregoing itemization of attorney fee and costs shown on the *Fee and Expense Itemization Through 8/9/19; Request for Approval of Attorney Fees* ("LBF 1306") is higher than contemplated by the Chapter 13 Plan and the *Debtor's Attorney's Disclosure of Compensation and Any Employment Agreement and Application for Compensation, Under 11 USC §329 and FRBP 2016(b)* ("LBF 1305"). The Order Confirming Plan will limit the amount of compensation to the amount shown in the Plan and listed on the LBF 1305, which was estimated to be $7,000.00. The *Lawyer-Client Fee Agreement* attached and filed with the LBF 1305 provides that fees in excess of the "Basic Services" will be charged to clients for the total hourly amount billed. The fee agreement also states that clients agree to pay costs incurred for representation. Debtor's attorney intends to include the unpaid portion of the fees and costs itemized on the foregoing LBF 1306 as part of a supplemental application for attorney fees and costs that will be filed with the Bankruptcy Court at a future date. That fee application will include a line for total unpaid attorney fees & costs of $18,776.55. The attorney will list that amount as a separate line item on the new fee itemization and refer back to this filed LBF 1306 for the itemization of those fees and costs that have already been presented to the Court.

# CERTIFICATE OF SERVICE

**Melody Dawn Taylor**
**19-30351-tmb13**

I hereby certify that the foregoing *FEE AND EXPENSE ITEMIZATION THROUGH 8/9/19; REQUEST FOR APPROVAL OF ATTORNEY FEES* was served on the following by <u>first-class mail</u>, in a postage prepaid sealed envelope, at the name and address exactly as follows, on the date indicated below:

        **Melody Taylor**
        **PO Box 249**
        **Gresham, OR 97030**

DATED: <u>August 12, 2019</u>

        <u>/s/ Rusty Jacobson</u>
        Rusty Jacobson
        Legal Assistant
        for Ted A. Troutman