| | | |
|---|---|---|
| 01/08/2020 | WEDNESDAY | Judge Trish M Brown |
| 9:00 AM 19-30351 tmb 13 bk | Melody Dawn Taylor | |

**Continued Hearing on Objection to Claim 3 of Frederick W Kreidler IRA LLC and ORDER and NOTICE Thereon (pjk) (61)**

Melody Dawn Taylor - db      TED A TROUTMAN
Frederick W. Kreidler IRA, LLC - cr   TROY SEXTON
Wayne Godare - tr

Evidentiary Hearing:    Yes: ☐    No: ☑

Foreclosure is completed
Objection is moot and
is withdrawn

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:    01/08/20

Case 19-30351-tmb13    Doc 75    Filed 01/08/20