CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
FEB 14 2020
LODGED____ REC'D ⟋
PAID____ DOCKETED____

PREPARED BY: Melody Dawn Taylor     DATE: 2-14-20
PROJECT TITLE: Case #19-30351   TMB-13
Letter to Judge Brown,   #700
the Honourable Judge Brown

Judge Brown,

I pray You will Kindly consider my background explanation in regard to the need for your protection, from the Kreidlers (whom You gave Relief from Stay):

Kreidlers went to Snohomish County, Wash and purchased Judgements that should not have existed in regard to Frances Cahoon (a woman whom adopted me (Melody Taylor) prior to birth), Cahoon was born 1923, my birth mother born 1929, and myself born 1946 to both women (Cahoon lived with my Maternal Grandparents), and watched over me my child-entire-life, refusing to marry until she was aged AND even later her 1 and only spouse neglected to protect (my pre-seizure - 5yrs 4 mos daughter), whom had been in their care while I was being re-united-to my husband (father of my children), my uncle was distracted by the neighbor and newspaper-man (boy) (Bob Brown)..... as my 5 year 4 month-year-old-daughter was therein suffering-a-seizure-and-drowning, just a few feet away @ the Cahoon residence, BATH TUB.

page-1 of 7½ pgs

19-30351   TMB-13

Later...

While I purchased the Real-Property @ (115 NE 10th Drive @ Gresham, Or 97030), in February 1993, I later mistakingly married a psychopathic-assumed-Killer (David Charles Pearce), on or about 1999; ending 2001; my attorney now a Judge Snohomish Cnty, Was,

Pre-Discovery; DIVORSE

When I realized I was foolishly tricked by Pearce to pay-off-credit-cards (I had zero credit cards), which he lied about two(2) times by claiming he had purchased materials for MY REAL PROPERTY @ GRESHAM OREGON, I called Consumer Credit Counseling and they advised me NOT TO DO SO AGAIN, then I had moved my (4) Four Young-Children back to Washington-State to begin Hi-School about 1998-2000; this is when the war began over MY CHILDRENS TRUST Gresham, Oregon real-property, and facing Foreclosure years ago I asked Kreidler & Reed to be my partners at 25% + 25% each, while I retained 50% AND had a Wells Fargo refi-Loan to pay-off a Land-Contract with small-balance of only $199,000. w payments under $2,000.°° monthly.

page-2 of

PREPARED BY:  DATE:
PROJECT TITLE:
#700

When I convinced Anne-Marie Kreidler and Michael Reed to rescue my <u>Wells Fargo Mortgage</u> by paying Late-Fees-only, we then shared a <u>Loan Balance of $199,000.⁰⁰</u>, AND Mrs. Kreidler paid 50% monthly toward the 199K balance of $1,000.⁰⁰ AND I paid $1,000. monthly... until suddenly this happened.

When I ceased to receive my monthly Wells Fargo statement, I then called AnneMarie Kreidler to ask-if-she-knew-what was going on and-she-then-informed-me-that she, she had paid off my entire Loan-balance!!
I asked Mrs. Kreidler WHY she did-that without talking to me, and what-monies-did-she-use? "<u>Mr. Kreidlers Retirement Fund</u>", was her reply.
All I could say to Mrs Kreidler was, "Why would you do that w/o talking to me first?. Your husband will be furious," and which is how Mr Kreidler got <u>involved</u> and <u>staged a Non-Judicial-Foreclosure</u>, that <u>was NOT PUBLISHED PROPERLY</u> in any Oregon newspaper.

pg 3 of

Only this last week, Kreidlers announced that they own 100% of my Home and 1-acre-real-property (with adjacent unattached rooms), and zero Cash-Flow!

While I was trying to respond to this Courts ORDER to REPORT the # of Roomers @ MY HOME & INCOME I was still trying to recover from a <u>horrific-car-crash (almost killed)</u>, trying to recover from <u>outrageous-pain + a trip and fall accident w broken-front-tooth & fractured-Ribs</u> just a couple months-prior-to-the-car-crash AND ADMITTEDLY STILL BEING STALKED by David Charles Pearce whom I divorsed years ago (and still subscribes to traumatizing my Roomers out-of-the-property).

I could walk-away and be Homeless but I have belongings attached to family members and my Widows Pension is only $1,544.⁰⁰ monthly Less Storage from my Seattle Properties that were foreclosed clear back when,

page 4 of

I have <u>Documents</u> to prove the Kreidlers were/are my Partners AND that our Common-Partnership-Debt was ONLY $199,000.⁰⁰ total, but now that the property is worth over two (2) Million Dollars and I still WORK as a <u>SECURITY GUARD</u> to protect the Tenants and the Property because the property sits on the <u>Gresham Central Station Bus & MaxTrack</u>, my 24/7 protection IS REQUIRED and NECESSARY!

Prior to 1977 (1974) I was employed by <u>The State of Washington Campus Police</u> as a <u>Campus Police Officer</u>, following having been employed in 3-Cities as a <u>Paramedic AND Aid-Car-Driver</u> because of my Driving Skills and my Physical Agility, in the late '60 & 70's!

I have raised the six (6) children I gave-birth-to (6x C-sections) & assisted my-birth-mother with 3 of my siblings from their-birth.

page 5 of

PREPARED BY:     DATE: 2-14-20
PROJECT TITLE:     #700

I have most every Document from my last-remaining-property @ Gresham Oregon AND if I am given a fair-amount-of-time, I believe I can show that Kreidlers are attempting to trick this Court into allowing them to obtain or acquire MY 50% ownership, while this property (dirt alone) is valued in excess of 2-million-dollars.

Tho the Kreidlers have attempted to argue-the-point, the Kreidlers have <u>altered-documents</u> AND <u>forged-my-signature</u> on numerous-documents in order to trick this Fine Court into Non-judicially acquiring MY 50% of the Property.

p.s. I have a <u>Wash State Real Estate Brokers License</u> since 1977 and since 1993 I have been protecting this Oregon property + business physically (after being told by the City of Gresham

page 6 of

19-30351  TMB-13

| PREPARED BY: | DATE: 2-14-20 |
|---|---|
| PROJECT TITLE: | #700 |

that this property was on the <u>Historic List</u> and could NOT be torn down, while I have worked 27-years-of-my-Life to Guard & Restore Two (2) OLD BUILDINGS ... for nothing?

At a minimum, I would ask the court-to-require-Payment-as-a Security Guard IF NOTHING ELSE for Twenty-Seven-Years (27 years), AS SETTLEMENT FOR MY LABOR.

I am praying Serenity Prayers over myself AND THIS PROPERTY in <u>Jesus Christ</u> most precious NAME, Amen!

Melody Dawn Taylor, <u>ADHD</u>
<u>Disabled</u>

P O Box 249
Gresham, Oregon 97030

503-490-5583

page 7 of 7½ pages-

PREPARED BY:
PROJECT TITLE:
DATE: 2-14-20
#700

1/2 Yesterday I used my Widows Pension to pay on <u>2 of 5 PGE ELECTRIC BILLS</u>, and there are 2 of 2 Natural Gas Bills due, AND Water Bills for 2-buildings.

*Melody Dawn Taylor*

503-490-5583

P.S. I am seriously <u>Disabled</u> and <u>medicated for ADHD</u>.

(Attention Deficiet Hiperactive Disorder)

*Melody Dawn Taylor*

pg 7½.

19-30351 TMB-13

# CITY OF GRESHAM LICENSE

*This license evidences payment of the fee required by the Gresham Code 9.05.020 and Shall not be construed as authorizing conduct in violation of any law.*

**POST IN A CONSPICUOUS PLACE**

**Rental Address:** 115-119 NE 10TH DR    GRESH

**Owner/Officer:** TAYLOR, MELODY

**License No.:** 19-00006137

**Expiration Date:** June 01, 2019

**License Type:** *RENTAL*

TWIN SPRINGS RANCH
MELODY TAYLOR
PO BOX 249
GRESHAM OR 97030

75.00

Case 19-30351-tmb13    Doc 78    Filed 02/14/20